IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-cr-00108-KJN |
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION** |
| v. | |
| ALICIA P. VALLES, | |
| Defendant. | |

**ORDER TO SHOW CAUSE**

It is HEREBY ORDERED that the defendant appear on July 30, 2014, at 9:00 a.m., to show cause why the probation granted on July 10, 2013, should not be revoked for the defendant's failure to pay her Court-ordered restitution and complete fifty (50) hours of unpaid community service.  The Clerk's office shall issue a summons directing the defendant to appear on July 30, 2014, at 9:00 a.m.

Dated:  July 10, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order to Show Cause                                United States v. Alicia P. Valles