McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-cr-00108-KJN |
|---|---|
| Plaintiff, | ) MOTION AND ORDER TO CORRECT THE ) NAME OF PAYEE FOR RESTITUTION IN |
| v. | ) JUDGMENT PURSUANT TO RULE 36 |
| ALICIA P. VALLES, | ) |
| Defendant. | ) |

The United States, by and through its undersigned attorney, hereby moves this court for an order to correct an inadvertent clerical error in the defendant's judgment pursuant to Federal Rule of Criminal Procedure 36.

Rule 36 authorizes the correction of "[c]lerical mistakes in judgments, orders or other parts of the record and errors in the record arising from oversight or omission . . . at any time . . . " Fed. R. Crim. P. 36.

Defendant Alicia P. Valles was sentenced on July 10, 2013. The Judgment and Commitment Order has the Name of Payee for restitution as the "United States Treasury Department." The judgment orders

1

restitution in the amount of $3,129.00. (Doc 12) The Name of Payee should be corrected from "United States Treasury Department" to "Walmart." The case involved the alteration of a U.S. Treasury check, which the defendant negotiated at Walmart, causing Walmart to pay out more money than Treasury intended.

Restitution is intended to make the victim whole. Correcting a clerical error pursuant to Rule 36 to change the Name of Payee in the Judgment and Commitment Order would allow compensation to reach the actual victim in this case. The proposed correction to the judgment does not affect the amount of money that was ordered to be paid, it simply makes a correction by naming the proper victim/payee rather than the United States Treasury Department.

Accordingly, the Judgment should be corrected to reflect the Name of Payee and Restitution Ordered as follows:

| Name of Payee | Restitution Ordered |
|---|---|
| Walmart<br>Return Check Team<br>GENPACT<br>1300 SE 8th Street<br>Bentonville, AR  72712 | $3,129 |

DATED: September 27, 2019      McGREGOR W. SCOTT
United States Attorney

 */s/ Michele Beckwith for*
CHRISTOPHER S. HALES
Assistant U.S. Attorney

///
///
///
///

**ORDER**

It is hereby ordered that the Name of Payee for restitution ordered shall be corrected to "Walmart", as set forth above.

IT IS SO ORDERED.

Dated: September 30, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE